UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MC1 HEALTHCARE, INC., D/B/A MOUNTAINSIDE TREATMENT CENTER<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTH GROUP, INC., *et al.*<br><br>Defendants. | Case No. 3:17-CV-01909-VLB<br><br><br><br><br><br>June 21, 2018 |

# DEFENDANTS' MOTION TO DISMISS
# PLAINTIFF'S AMENDED COMPLAINT

Defendants UnitedHealth Group Inc., UnitedHealthcare, Inc., UnitedHealthCare Services, Inc., United Behavioral Health, OptumInsight, Inc., Optum, Inc., and OptumHealth, Inc. (collectively, "United") respectfully submit this Motion to Dismiss the Amended Complaint (D.E. 46) filed by Plaintiff MC1 Healthcare, Inc., d/b/a Mountainside Treatment Center pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  Plaintiff lacks standing to bring these claims, and Plaintiff has failed to state any claim upon which relief can be granted, including because Plaintiff attempts to bring claims that are preempted by ERISA.  Defendants have contemporaneously filed a memorandum of law in support of this Motion to Dismiss.

1

**Respectfully submitted,**

        **UNITEDHEALTH GROUP INC.,**
        **UNITEDHEALTHCARE, INC.,**
        **OPTUM, INC.,**
        **OPTUMHEALTH, INC.,**
        **UNITEDHEALTHCARE SERVICES, INC.,**
        **UNITED BEHAVIORAL HEALTH, AND**
        **OPTUMINSIGHT, INC**

**By:** */s/ Theodore J. Tucci*           .
        **Theodore J. Tucci (ct05249)**
        **Kelly Frye Barnett (ct29817)**
        **ROBINSON & COLE LLP**
        **280 Trumbull Street**
        **Hartford, CT 06103**
        **Telephone: (860) 275-8331**
        **Facsimile: (860) 275-8299**
        **ttucci@rc.com**
        **kbarnett@rc.com**

**By:** */s/ Kevin D. Feder*
        **Gregory F. Jacob (phv09541)**
        **Kevin D. Feder (phv09542)**
        **O'MELVENY & MYERS LLP**
        **1625 Eye Street, NW**
        **Washington, DC 20006**
        **Tel:  202.383-5300**
        **Fax: 202.383-5414**
        **gjacob@omm.com**
        **kfeder@omm.com**

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2018, I electronically filed the foregoing with the Clerk of Court, using CM/ECF.  I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF, or via other means if requested.

                                                              _____*/s/ Kelly Frye Barnett*_____
                                                                     **Kelly Frye Barnett**